UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ANDREA TUROSKY,

        Plaintiff,

-against-

THE ABBOTT LABORATORIES, et al.

        Defendants.

Case No. 16-cv-04001 (ENV) (RLM)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO MERCK ONLY**

**IT IS HEREBY STIPULATED** by the undersigned, the attorneys of record in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of this action, all claims of **ANDREA TUROSKY,** in the above-entitled action are dismissed as to **MERCK SHARP & DOHME CORP.** (formerly known as Merck & Co., Inc.) only with prejudice and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
        June 12, 2017

NAPOLI SHKOLNIK PLLC

By: _____
    Paul J. Napoli, Esq.
    Brett S. Bustamante, Eq.

360 Lexington Avenue, 11th Floor
New York, New York 10017
(212) 262-3280

Attorneys for Plaintiff Andrea Turosky

HUGHES HUBBARD & REED LLP

By: _____
    Diane E. Lifton (DL 9673)

One Battery Park Plaza, 17th Floor
New York, New York 10004
(212) 837-6860

Attorneys for Defendant Merck Sharp & Dohme Corp.

SO-ORDERED this 22nd Day of June,

/s/ USDJ ERIC N. VITALIANO
        U.S.D.J.